IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAUREN E. JOYCE,<br>    *Plaintiff*, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:24-CV-00147 |
| BIG SKY SOLUTIONS, LLC & ALFREDO<br>BORBOA,<br>    *Defendants*. | §<br>§<br>§<br>§ | |

## ORDER OF NONSUIT WITH PREJUDICE

On the date indicated below came the Plaintiff, LAUREN E. JOYCE, and advised the Court that he no longer desires to prosecute this suit against the Defendants, BIG SKY SOLUTIONS, LLC and ALFREDO BORBOA, and moves this Court to enter and Order dismissing same with prejudice, and the Court, after considering the Notice of Nonsuit with Prejudice filed with the court, is of the opinion that the same should be granted,

It is therefore, ORDERED, ADJUDGED and DECREED that this suit brought by Plaintiff, LAUREN E. JOYCE, against Defendants, BIG SKY SOLUTIONS, LLC and ALFREDO BORBOA, shall be, and the same is hereby, dismissed with prejudice, with costs to be taxed against the Party by whom they were incurred. Clerk's office is INSTRUCTED to CLOSE the CASE.

SIGNED and ENTERED on this 29th day of May , 2025.

_____
JUDGE PRESIDING